```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDITH BRANDON,                  )
                                )
        Plaintiffs,             )
                                ) Civil Action No. 03-1963
             v.                 ) Magistrate Judge Caiazza
                                ) In Re: Doc. 38
KLINGENSMITH HEALTHCARE, INC.,  )
                                )
                                )
        Defendant.              )
```

**ORDER**

IT IS HEREBY ORDERED that the Plaintiff shall file a response to the Defendant's Motion to Strike Expert Reports (Doc. 38) by **October 14, 2005**.

October 4, 2005
S/Francis X. Caiazza
Francis X. Caiazza
U.S. Magistrate Judge

cc:
Neal A. Sanders, Esq.
Law Office of Neal Alan Sanders
1924 North Main Street
Extension
Butler, PA 16001

Charles H. Saul, Esq.
Liberty J. Weyandt, Esq.
Margolis Edelstein
1500 Grant Building
Pittsburgh, PA 15219